IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PATRICK WALKER**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:23-CV-5126**

**WASHINGTON REGIONAL MEDICAL CENTER**                                   **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 10th day of January, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE